UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
510 W42 HOLDINGS, LLC,                           Civil Case No.:

                       Petitioner,         NOTICE OF MOTION
                                                 TO VACATE ARBITRATION
-against-                                        AWARD_____ ___


THE NEW YORK HOTEL & MOTEL TRADES COUNCIL,
AFL-CIO,

                      Respondent.
-------------------------------------------------------------------X

      Pursuant to the Federal Arbitration Act, 9 U.S.C. § 10, and the Labor Management Relations Act, 29 U.S.C. § 185(c), Petitioner 510 W42 Holdings LLC hereby moves for an Order vacating the April 7, 2020 Arbitration Award of the Independent Chairperson.

      In support of its Motion, Petitioner relies on its accompanying Petition, Declaration of Theresa M. Roche, and Petitioner's Memorandum of Law in Support of its motion to vacate the April 7, 2020 arbitration award, which are incorporated herein by reference.

      WHEREFORE, Petitioner respectfully requests that this Court vacate the Impartial Chairperson's April 7, 2020 Award in this matter and grant such other relief as the Court deems just and proper.


Dated: Lake Success, New York
       June 22 2020

                              **MILMAN LABUDA LAW GROUP PLLC**

                              By:/s/ Jamie S. Felsen
                              Attorneys for Petitioner
                              3000 Marcus Avenue, Suite 3W8
                              Lake Success, New York 11042
                              (516) 328-8899

To: Joseph Farelli, Esq.
Pitta LLP
Counsel for Respondent
120 Broadway, 28th Floor
New York, New York 10271